# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | | |
|---|---|---|---|
| Black & Veatch Corp., | ) | Case No. | 10-00318-CV-W-JTM |
| | ) | | |
| Plaintiff, | ) | Date: | September 7, 2011 |
| vs. | ) | | |
| | ) | | |
| Midwest Towers Inc., | ) | Page 1of 1 | |
| | ) | | |
| Defendant. | ) | | |

## MINUTES OF TELEPHONE CONFERENCE

<u>HONORABLE JOHN T. MAUGHMER</u> presiding at Kansas City, Missouri.
================================================================

Nature of Proceeding: Telephone discovery conference re: Docs. 103 and 107 and joint defense privilege between defendants and non-party Strongwell.

Time Commenced: 2:34 p.m.     Time Terminated: 2:54 p.m.
                                              Total Time: 20 minutes

Plaintiff by: Roy Bash          Defendants by: Dave Erickson
              Lee Davis                              Tom Cordell
              Tracey Ledbetter               Antwan Smith
                                              Chris Wills

| |
|---|
| **Remarks:** Counsel for parties appear by phone for discovery conference regarding existence of joint defense privilege between MTI and non-party Strongwell, as well as Black and Veatch's motion to compel and Midwest Tower's motion for return of privilege documents. In accordance with the analysis and reasoning set forth by the Court on the record during the conference, the motion to compel [Doc. 103] is GRANTED; the motion for return of privilege documents [Doc. 107] is DENIED; and the court finds a sufficient commonality of interests between Midwest Tower and Strongwell to support assertion of the joint defense privilege. |
| Motions Ruled: Doc 103 is GRANTED; Doc 107 is DENIED. |

**Court Recessed at:** 2:54 p.m.

Court Reporter: ERO Kerry Martinez

By: /s/Pamela Alexander
Pamela Alexander, Law Clerk